No. 850. ADOLPH PALEAIS *v.* LEWIS H. SAPER. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*

*Joseph G. M. Browne* and *Mr. Barnett E. Kopelman* for petitioner. *Mr. Archibald Palmer* for respondent.

---

